1

2

3

4

5

6                    IN THE UNITED STATES DISTRICT COURT

7

8             FOR THE NORTHERN DISTRICT OF CALIFORNIA

9    ROBERT C. OLSON,

10          Plaintiff,                    No. C 06-07487 JSW

11   v.

12   DALE BECK,                           **ORDER OF REFERRAL TO**
                                          **MAGISTRATE FOR ALL**
13          Defendant.                    **PURPOSES**
     _____/

14

15        Pursuant to Northern District Civil Local Rule 73-1(b) and the parties' consent, this

16   matter is HEREBY REFERRED to a randomly assigned Magistrate Judge for all further

17   proceedings.

18

19        **IT IS SO ORDERED.**

20

21   Dated:  May 2, 2007                  _____
                                          JEFFREY S. WHITE
22                                        UNITED STATES DISTRICT JUDGE

23

24

25

26
     cc: Wings Hom
27

28

**United States District Court**
For the Northern District of California