IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust, and as individuals

Plaintiffs,

v.

DALE BECK (aka D. A. Beck), individually, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust, Trustee of the 1990 Beck Family Trust, and Trustee of the Beck Family Trust; et al.

Defendants.

Case No. C 06-07487 JCS

STIPULATION AND [PROPOSED] ORDER REGARDING REVISED TRIAL AND PRETRIAL DEADLINE

Jury Trial Demanded

Trial Date: October 6, 2008

The parties to the above action jointly submit this Stipulation and Proposed Order Requesting modification of dates currently set in this matter. The parties have participated in two days of mediation and agreement on some of the key elements of the settlement have been reached. In an attempt to finalize the settlement prior to additional litigation and discovery in this matter and to work with counsel and the mediator's vacation schedules, the parties jointly request that the court modify the deadlines lines dates as set forth below:

| EVENT | SCHEDULED DATE | PROPOSED DATE |
|---|---|---|
| Simultaneous Briefs on Colorado River | August 31, 2007 | September 28, 2007 |
| Case Management Conference | August 31, 2007 | October 5, 2007 |
| General Discovery Cut-off | February 29, 2008 | May 30, 2008 |
| Expert Disclosures | March 14, 2008 | June 20, 2008 |

-1-

Stipulation and ~~Proposed~~ Order

|                         |                    |                         |
|-------------------------|--------------------|-------------------------|
| Expert Discovery Cutoff | May 15, 2008       | August 14, 2008         |
| Motion Hearing          | April 25, 2008     | July 25, 2008           |
| Pretrial Conference     | September 26, 2008 | January 23, ~~2008~~ 2009 |
| Trial Date              | October 6, 2008    | February 2, 2009        |

DATED: July 20, 2007

By: _____
John R. Till
Paladin Law Group® LLP
Counsel for Plaintiffs


DATED: July 20, 2007

By: _____
Robert S. Wood
Law Offices of Robert S. Wood
Counsel for Defendants Dale Beck, individually, and the 1990 Beck Family Trust and the 1992 Beck Family Trust

-2-

Stipulation and Proposed Order

## ORDER MODIFYING DATES

3  Based on the parties continuing attempts to settle this matter, the stipulation set
4  forth above, and for good cause shown the dates set forth above are hereby
5  adopted by the Court and modify the dates set forth on the Case Management
6  Order for this case.

8  Date: July 23, 2007

*[Signed and sealed: Judge Joseph C. Spero, United States District Court, Northern District of California]*

-3-

Stipulation and Proposed Order