**United States District Court**
For the Northern District of California

1
2
3
4                    UNITED STATES DISTRICT COURT
5                  NORTHERN DISTRICT OF CALIFORNIA
6    ROBERT C. OLSON, ET AL.,                Case No.  C06-7487 JCS
7              Plaintiff(s),
                                             **ORDER GRANTING IN PART,**
8        v.                                  **DENYING IN PART STIPULATION**
                                             **REGARDING REVISED TRIAL AND**
9    DALE BECK, ET AL.,                      **PRETRIAL DEADLINE [Docket No. 38]**
10             Defendant(s).
     _____/
11
12        On September 7, 2007, the parties filed a Stipulation and Proposed Order Regarding Revised
13   Trial and Pretrial Deadlines (the "Stip").
14        IT IS HEREBY ORDERED that the dates in the Stip are GRANTED as follows:
15        1.  Simultaneous Briefs on Colorado River doctrine, currently due on September 28, 2007,
16   shall now be filed on **January 4, 2008.**
17        2.  The case management conference, currently set for October 12, 2007, is continued to
18   **January 11, 2008, at 1:30 p.m.**
19        3.  An updated joint case management conference statement shall be due by **January 4,**
20   **2008.**
21        4.  The discovery cut-off date of May 30, 2008, has been extended to **August 29, 2008.**
22        5.  The expert disclosure cut-off date of June 20, 2008, has been extended to **September 20,**
23   **2008.**
24        6.  The expert discovery cut-off date of August 14, 2008, has been extended to
25   **November 14, 2008.**
26        IT IS HEREBY FURTHER ORDERED that the remainder of the Stip is DENIED as
27   follows:
28

7.  The dispositive motion hearing date of July 25, 2008, at 9:30 a.m., has been continued to **October 31, 2008, at 9:30 a.m.**

8.  The Court will not continue the final pretrial conference or trial dates.

IT IS SO ORDERED.

Dated:  September 11, 2007

_____
JOSEPH C. SPERO
United States Magistrate Judge

**United States District Court**
For the Northern District of California

2