1  John R. Till (State Bar No. 178763)
   Bret A. Stone (State Bar No. 190161)
2  Brian R. Paget (State Bar No. 168694)
   PALADIN LAW GROUP® LLP
3  1196 Boulevard Way, Suite 10
   Walnut Creek, CA 94595
4  Telephone: (925) 947-5700
   Facsimile: (925) 935-8488
5  Email: jtill@paladinlaw.com

6  Attorneys for Plaintiffs

7

8               IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10                    (SAN FRANCISCO DIVISION)

11 | ROBERT C. OLSON and DAPHNE L.          | Case No. C06-07487 JCS
   | OLSON, as individuals and as trustees of the |
12 | Olson Family Trust;                    | STIPULATION OF DISMISSAL WITHOUT
   |                              Plaintiffs, | PREJUDICE AND [PROPOSED] ORDER
13 |                                        |
   |                                        | Hearing:
14 |              v.                        | ** No Hearing Required.
   |                                        | Dept.: Courtroom A, 15th Floor
15 | DALE BECK, et al.,                     | Judge: Honorable Joseph C. Spero
   |                             Defendants. |
16 |                                        | Complaint filed: December 8, 2006
   |                                        | Trial date: February 2, 2009
17

18
       IT IS HEREBY STIPULATED by and between the parties to this action through their
19
   designated counsel that Defendant "Beck Family Trust" shall be dismissed without prejudice pursuant
20
   to FRCP 41(a)(1) based on counsel for Defendants' representation to the Plaintiffs and to this Court that
21
   there is not nor has there ever been any such entity which has or has ever had any interest in the Beck
22
   Property located at 1986 Geary Road, Pleasant Hill, California, Contra Costa County. Defendant Beck
23
   Family Trust has not answered in this matter and it waives costs, including attorney fees,
24

25 ///

26 ///

27 ///

28

                        STIPULATION TO DISMISS AND ORDER

1  if any, against Plaintiffs.
2
3
4  DATED: January 18, 2008
5                                          By: /s/ John R. Till
6                                          John R. Till
                                           Paladin Law Group® LLP
7                                          Counsel for Plaintiffs
8  DATED:  January 18, 2008
9                                          By: /s/ Robert S. Wood
10                                         Robert S. Wood
11                                         Law Offices of Robert S. Wood
                                           Counsel for Defendants Dale Beck, individually and as
12                                         trustee, the 1990 Beck Family Trust, the 1992 Beck
                                           Family Trust, Beck Family Trust
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

STIPULATION TO DISMISS AND ORDER

ORDER DISMISSING BECK FAMILY TRUST

Pursuant to FRCP 41(a)(1) and based on the above stipulation of the parties it is hereby ordered that Defendant Beck Family Trust is dismissed without prejudice from this matter and that Defendant Beck Family Trust waives its costs, including attorney fees, if any, against Plaintiffs.

IT IS SO ORDERED

Date: January 22, 2008

Judge Joseph C. Spero