NICHOLAS BANKO      (SBN 115413)
JAMES R. TENERO     (SBN 201023)
SELMAN BREITMAN LLP
33 New Montgomery, Sixth Floor
San Francisco, CA  94105
Telephone: (415) 979-0400
Facsimile: (415) 979-2099
nbanko@selmanbreitman.com
jtenero@selmanbreitman.com

Attorneys for Scottsdale Insurance Company
(Not a Party to this Action)

FILED
MAR 06 2008
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust, and as individuals,<br><br>Plaintiffs,<br><br>v.<br><br>DALE BECK, et al.,<br><br>Defendants. | CASE NO.  C 06-07487 JSW<br><br>**APPLICATION FOR ORDER EXCUSING RESPONSIBLE CLAIM REPRESENTATIVE FROM PERSONAL APPEARANCE AT THE MARCH 7, 2008 MANDATORY SETTLEMENT CONFERENCE**<br><br>Date : March 7, 2008<br>Time : 10:00 a.m.<br>Dept : Courtroom A, 15th. Fl.<br>Judge: Hon. James Larson |

Scottsdale Insurance Company ("Scottsdale") issued general liability insurance policies to Defendant Dale Beck (d/b/a Geary Road Service). Scottsdale is currently providing Defendant Beck with a defense against the above-referenced *Olson* Action pursuant to a reservation of rights. Scottsdale has asserted and maintains that Scottsdale has no duty to defend or indemnify Beck for the environmental contamination claims (the gravamen of the *Olson* Action).

1

By review of this Court's Docket (and not at the request of any party to this action), Scottsdale learned that a mandatory settlement conference is scheduled in this matter for March 7, 2008 at 10:00 a.m., in Judge Larson's chambers, located in the Federal Building, 450 Golden Gate Avenue, 15th Floor, San Francisco, California.

Scottsdale has authorized its coverage counsel to attend the conference on Scottsdale's behalf but respectfully requests that personal attendance of a Scottsdale claim representative be excused and that telephonic attendance/standby be permitted. Scottsdale respectfully submits that good cause for granting this application exists because:

1. Scottsdale is not a party to this action.

2. Scottsdale is located in Scottsdale, Arizona. The responsible claim representative resides in Scottsdale, Arizona. Travel for the settlement conference will require a substantial time and monetary commitment. While Scottsdale is defending Defendant Beck, the defense is pursuant to a reservation of rights and Scottsdale has maintained that it has no indemnity obligation with respect to environmental contamination damages (the gravamen of the *Olson* Complaint).

3. Scottsdale has authorized its coverage counsel Selman Breitman LLP to attend the settlement conference on its behalf.

///
///
///

2

APPLICATION FOR ORDER EXCUSING RESPONSIBLE CLAIM REPRESENTATIVE FROM PERSONAL APPEARANCE AT THE MARCH 7, 2008 MANDATORY SETTLEMENT CONFERENCE
-Case Nunebr C 06-07487 JSW

4. The responsible claim representative's telephonic attendance will not impede the parties' attempt to settle this case, as she will be available to discuss issues as they arise between the parties.

Respectfully submitted,

DATED: February 28, 2008   SELMAN BREITMAN LLP

By: _____
JAMES R. TENERO
Attorneys for Insurer
SCOTTSDALE INSURANCE COMPANY

## COURT ORDER

Having duly considered SCOTTSDALE'S request, and GOOD CAUSE APPEARING, the Court hereby ORDERS, ADJUDGES AND DECREES that the responsible Scottsdale claim representative may attend the March 7, 2007 settlement conference via telephone standby.

DATED: 3-6-08   _____
HON. JAMES LARSON

APPLICATION FOR ORDER EXCUSING RESPONSIBLE CLAIM REPRESENTATIVE FROM PERSONAL APPEARANCE AT THE MARCH 7, 2008 MANDATORY SETTLEMENT CONFERENCE
-Case Numebr C 06-07487 JSW