

# LAW OFFICES OF ROBERT S. WOOD
425 Market St., Suite 2200
San Francisco, CA 94105
Tel: (415) 955-2736
Fax: (415) 789-9657

March 7, 2008

**FILED**

MAR 1 2 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Chief Magistrate Judge James Larson
Attn: Venise
15th Floor Chambers
United States District Court
450 Golden Gate Avenue
San Francisco, CA
**VIA FAX ONLY TO 522-2140**

    Re: **Olson v. Beck, Case No. C 06-07487-JCS (JL)**
         **Settlement Conference: 10:00 AM, March 7, 2008**

Dear Venise:

    This will confirm that the Mandatory Settlement Conference has been continued to March 20, 2008 at 2:00 PM (not March 24th at 10:00 AM).

                              Sincerely yours,

                              Robert S. Wood

CC: John Till
      Nicholas Banko

RSW/hd
Beckfed/larsonjudge