```
 1 │ Robert S. Wood (SBN 102170)
   │ Law Offices of Robert S. Wood
 2 │ 425 Market St., Suite 2200
   │ San Francisco, CA  94105
 3 │ (415) 955-2736  FAX (415) 789-9657
   │ Attorney for Defendants
 4 │
   │ John R. Till (SBN 178763)
 5 │ PALADIN LAW GROUP LLP
   │ 1196 Boulevard Way, Suite 10
 6 │ Walnut Creek, CA  94595
   │ Phone: (925) 947-5700
 7 │ Fax: (925) 935-8488
   │ Attorney for Plaintiffs
 8 │
 9 │
10 │           IN THE UNITED STATES DISTRICT COURT
   │          FOR TRHE NORTHERN DISTRICT OF CALIFORNA
11 │
12 │ ROBERT C. OLSON AND DAPHNE L.   │ Case No.: C 06-07487 JCS
   │ OLSON, Trustees of the Olson    │
13 │ Family Trust and as individuals,│ STIPULATION RE CASE MANAGEMENT
   │                                 │ CONFERENCE AND ORDER
14 │        Plaintiffs,              │
   │                                 │ Trial Date:  February 2, 2009
15 │    vs.                          │
16 │ DALE BECK INDIVIDUALLY, dba
   │ Geary Road Service, as Trustee
17 │ of the 1992 Beck Family Trust
   │ and Trustee of the 1990 Beck
18 │ Family Trust, et al.
19 │        Defendants.
20 │
21 │
22 │     All parties agree and stipulate to the continuance of the
23 │ case management conference in this matter from April 18, 2008 to
24 │ June 6, 2008.  An updated case management conference statement
25 │ will now be due May 30th, 2008.
```

Stipulation - 1

```
 1
 2
 3
 4  DATED: April 11, 2008       [signature]
                                John R. Till
 5                              Counsel for Plaintiffs
 6  DATED: April 11, 2008       [signature]
 7
                                Robert S. Wood
 8                              Counsel for Defendants
 9
10
11
12
13                              IT IS SO ORDERED.
14
15  Dated: April 14, 2008       [signature]
16                              Magistrate Judge Joseph C. Spero
17
```

Stipulation - 2