1  John R. Till [SBN 178763]
   Bret A. Stone [SBN 190161]
2  Paladin Law Group® LLP
   1196 Boulevard Way, Suite 10
3  Walnut Creek, CA 94595
   Phone: (925) 947-5700
4  Fax: (925) 935-8488
   jtill@paladinlaw.com
5
   Attorneys for Plaintiffs
6  Robert Olson and Daphne Olson

7

8                   UNITED STATES DISTRICT COURT

9                   NORTHERN DISTRICT OF CALIFORNIA

10                       (SAN FRANCISCO DIVISION)

11

12  ROBERT C. OLSON and DAPHNE L.          Case No. C 06-7487 JCS (JL)
    OLSON,
13                           Plaintiffs,   STIPULATION AND [PROPOSED] ORDER
                                           REGARDING DEFENDANTS' ANSWERS,
14            v.                           DISCOVERY RESPONSES, AND CONSENT
                                           TO ASSIGNMENT OF CASE TO
15  DALE BECK; 1990 BECK FAMILY TRUST;     MAGISTRATE JUDGE FOR ALL
    1992 BECK FAMILY TRUST; ESTATE OF      PURPOSES
16  FRANZ A. BECK; WILLIAM BECK;
    ESTATE OF SANDRA I. BECK; PAUL R.
17  BECK; ESTATE OF ROBERTA C. BECK,
                             Defendants.
18

19                              STIPULATION

20      Defendants Dale Beck, The 1990 Beck Family Trust, The 1992 Beck Family Trust, The Estate

21  of Franz A. Beck, The Estate of Sandra I. Beck, and The Estate of Roberta C. Beck and Plaintiffs

22  Robert C. Olson and Daphne L. Olson hereby stipulate through their respective counsel to the

23  following:

24  (1) DEFENDANT DALE BECK'S AND THE 1990 BECK FAMILY TRUST'S AND THE 1992

25      BECK FAMILY TRUST'S ANSWER TO THE FIRST AMENDED COMPLAINT, dated

26      February 22, 2007, shall be deemed to also constitute the following parties' answers to that

27      complaint:

28  ///

STIP AND [PROPOSED] ORDER RE: ANSWERS, DISCOVERY RESPONSES, AND ASSIGNMENT OF CASE TO MAGISTRATE JUDGE
-1-

1.     (a) The Estate of Franz A. Beck.
2.     (b) The Estate of Sandra I. Beck.
3.     (c) The Estate of Roberta C. Beck.
4. (2) PLAINTIFF ROBERT C. OLSON'S SPECIAL INTERROGATORIES TO DEFENDANTS 1990
5. BECK FAMILY TRUST, 1992 BECK FAMILY TRUST AND DALE BECK SET ONE, dated
6. February 6, 2008, shall be deemed to have also been propounded to and served upon:
7.     (a) The Estate of Franz A. Beck.
8.     (b) The Estate of Sandra I. Beck.
9.     (c) The Estate of Roberta C. Beck.
10. (3) PLAINTIFF ROBERT C. OLSON'S REQUEST FOR PRODUCTION OF DOCUMENTS,
11. ELECTRONICALLY STORED INFORMATION, AND THINGS PURSUANT TO FRCP,
12. RULE 34 TO DEFENDANTS 1990 BECK FAMILY TRUST, 1992 BECK FAMILY TRUST
13. AND DALE BECK, SET ONE, dated February 6, 2008, shall be deemed to have also been
14. propounded to and served upon:
15.     (a) The Estate of Franz A. Beck.
16.     (b) The Estate of Sandra I. Beck.
17.     (c) The Estate of Roberta C. Beck.
18. (4) PLAINTIFF ROBERT C. OLSON'S REQUEST FOR ADMISSIONS TO DEFENDANTS 1990
19. BECK FAMILY TRUST, 1992 BECK FAMILY TRUST, AND DALE BECK, SET ONE, dated
20. February 6, 2008, shall be deemed to have also been propounded to and served upon:
21.     (a) The Estate of Franz A. Beck.
22.     (b) The Estate of Sandra I. Beck.
23.     (c) The Estate of Roberta C. Beck.
24. (5) DEFENDANT DALE A BECK'S RESPONSE TO PLAINTIFF ROBERT C. OLSON'S
25. SPECIAL INTERROGATORIES, SET ONE, dated March 14, 2008, shall be deemed to
26. constitute the following parties' responses to those interrogatories:
27.     (a) Dale A. Beck.
28.     (b) The 1990 Beck Family Trust.



    (c) The 1992 Beck Family Trust.

    (d) The Estate of Franz A. Beck.

    (e) The Estate of Sandra I. Beck.

    (f) The Estate of Roberta C. Beck.

(6) DEFENDANT BECK FAMILY TRUST'S RESPONSE TO PLAINTIFF ROBERT C. OLSON'S REQUEST FOR PRODUCTION OF DOCUMENTS, ELECTRONICALLY STORED INFORMATION, AND THINGS PURSUANT TO FRCP, RULE 34 TO DEFENDANTS, SET ONE, dated March 14, 2008, shall be deemed to constitute the following parties' responses to those requests:

    (a) Dale A. Beck.

    (b) The 1990 Beck Family Trust.

    (c) The 1992 Beck Family Trust.

    (d) The Estate of Franz A. Beck.

    (e) The Estate of Sandra I. Beck.

    (f) The Estate of Roberta C. Beck.

(7) DEFENDANT BECK FAMILY TRUST'S RESPONSE TO PLAINTIFFS' REQUEST FOR ADMISSIONS, SET ONE, dated March 7, 2008, shall be deemed to constitute the following parties' responses to those requests:

    (a) Dale A. Beck.

    (b) The 1990 Beck Family Trust.

    (c) The 1992 Beck Family Trust.

    (d) The Estate of Franz A. Beck.

    (e) The Estate of Sandra I. Beck.

    (f) The Estate of Roberta C. Beck.

(8) Plaintiffs shall be permitted to propound written discovery upon multiple defendants in a single document, and defendants shall be permitted to jointly respond to such written discovery in a single document.

///



(9) Defendants Dale Beck, The 1990 Beck Family Trust, The 1992 Beck Family Trust, The Estate of Franz A. Beck, The Estate of Sandra I. Beck, and The Estate of Roberta C. Beck hereby consent to the assignment of this case to Magistrate Judge Joseph C. Spero for all purposes.

APPROVED AND STIPULATED TO:

Dated: April 21, 2008

PALADIN LAW GROUP® LLP

_____
John R. Till
Counsel for Plaintiffs
Robert C. Olson and Daphne L. Olson

Dated: April ____, 2008

LAW OFFICES OF ROBERT S. WOOD

_____
Robert S. Wood
Counsel for Defendants
Dale Beck, The 1990 Beck Family Trust, The 1992 Beck Family Trust, The Estate of Franz A. Beck, The Estate of Sandra I. Beck, and The Estate of Roberta C. Beck

IT IS SO ORDERED:

Dated: ~~April~~ May 5, 2008

_____
Judge Joseph C. Spero
Joseph C. Spero
Magistrate Judge
U.S. District Court
Northern District of California