LAW OFFICES OF ROBERT S. WOOD
425 Market St., Suite 2200
San Francisco, CA 94105

415-955-2736
Fax 415-789-9657
Email: wood7841@sbcglobal.net

August 13, 2008

Hon. Joseph C. Spero
Courtroom 17th Floor
U S District Court
Northern District of California
450 Golden Gate Ave.
San Francisco. CA 94102
Efiled and faxed to Judge's Chambers 522-3636

     Re:  Olson v. Beck USDC C06-07487 JCS
          Case Manage Conference Statement

Dear Judge Spero:

    This letter constitutes an updated case management conference statement in letter form.

    Per your strong suggestions at the last case management conference, we did meet with Lester Levy in an attempt to settle this case.  All parties found Levy to be quite a good mediator.  Although only four hours were scheduled, we did not get out of the mediation until 8:30.  By the time we got out of the mediation there was agreement on nine of ten points.

    At the time of the writing of this report to you, sir, we have very minor differences which we believe will be smoothed out by the time of the case management conference tomorrow.  If, as I suspect, these differences are resolved, it is the intention of the parties to solidify the agreement to a written instrument and to file a petition to the court to have it approved by

1

the court as a good faith settlement and other conditions which the parties may deem to be necessary.

    This letter is also a request for you to allow me to participate by telephone. If this letter arrives too late for the request to be granted then I will I will appear in person at 1:30 PM tomorrow.

    A second segment of the Order was to give you an updated status report regarding the approval from Mr. David Charter of the UST fund in Sacramento. We have received an email from Mr. Charter saying that the costs as presented to him seem reasonable, but he needed some additional information about one subcontractor and I believe he has that information and I will call him first thing Thursday morning to verify this.

    I respectfully submit this to the court on behalf of myself and counsel for plaintiff John Till. I discussed the contents of this letter with Mr. Till but I will be sending him a faxed copy.

    I will call your clerk in the morning for further instructions.

    Sincerely yours,

    /s/

    Robert S. Wood

CC: John Till
RSW/hd
spero

Dated: August 14, 2008



IT IS SO ORDERED
Judge Joseph C. Spero