Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA 94105
(415) 955-2736
Fax: (415) 789-9657

Robert S. Wood, Attorney for Plaintiff

IN THE UNITED STATES DISTRICT COURT
FOR TRHE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of teh 1990 Beck Family Trust,<br><br>Defendants. | Case No.: C 06-07487 JCS<br><br>STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE SET FOR JANUARY 23RD 2009 |

The parties are currently in the process of trying to resolve the final issues in this case. Therefore we respectfully request that the court continue the management conference scheduled for January 23, 2009 for 45 days.

/

/

Stipulation

Page 1 of 2

DATED: January 16, 2009

_John R. Till_
John R. Till
Paladin Law Group LLP
Counsel for Plaintiffs

DATED: January 16, 2009

_Robert S. Wood_
Robert S. Wood
Law Offices of Robert S. Wood
Counsel for

IT IS HEREBY ORDERED that the further case management conference is continued to March 6, 2009, at 1:30 p.m. The updated joint case management conference statement shall be due by February 27, 2009.

IT IS SO ORDERED.

Dated: January 20, 2009

_Judge Joseph C. Spero_
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

Stipulation

Page 2 of 2