| | |
|---|---|
| 1 | John R. Till (State Bar No. 178763) |
| 2 | Bret A. Stone (State Bar No. 190161) |
| | PALADIN LAW GROUP® LLP |
| 3 | 1196 Boulevard Way, Suite 10 |
| | Walnut Creek, California 94595 |
| 4 | Telephone: (925) 947-5700 |
| | Facsimile: (925) 935-8488 |
| 5 | Email: jtill@PaladinLaw.com |

*Attorneys for Plaintiffs*

Robert S. Wood (SBN # 102170)
LAW OFFICES OF ROBERT S. WOOD
425 Markert Street, Suite 2200
San Francisco, Ca 94105
Telephone: 415-435-3054
Facsimile: 415-789-9657
Email: rwood7841@sbcglobal.net

*Attorney for the Beck Defendants*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust, and as individuals<br><br>*Plaintiffs,*<br><br>v.<br><br>DALE BECK (aka D. A. Beck), individually, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust, Trustee of the 1990 Beck Family Trust, and Trustee of the Beck Family Trust; et al.<br><br>*Defendants.* | Case No. C 06-07487 JCS<br><br>STIPULATION REQUESTING CONTINUANCE OF CASE MANAGEMENT CONFERENCE AND [~~PROPOSED~~] ORDER<br><br>Judge: Honorable Joseph C. Spero<br>CMC Date: March 6, 2009<br>CMC Time: 1:30 p.m.<br>Court Room: Room A on the 15th Floor<br><br>Jury Trial Demanded<br>Trial Date: TBD |

The Plaintiffs and Defendants are continuing to discuss the process of resolving the final issues in this case. Therefore we joint and respectfully request that the Court continue the case management conference scheduled for March 6, 2009 an additional 45

-1-

Stipulation and ~~Proposed~~ Order regarding Case Management Hearing

1  days.

2

3

4  DATED: February 27, 2009                    By:_____/s/_____

5                                                  John R. Till
                                                    Paladin Law Group® LLP
6                                                  Counsel for Plaintiffs

7  DATED:  February 27, 2009

8                                                  Approved by phone: /s/
                                              By:_____
9                                                  Robert S. Wood
                                                    Law Offices of Robert S. Wood
10                                                 Counsel for Defendants Dale Beck, individually,
                                                    and the 1990 Beck Family Trust and the 1992
11                                                 Beck Family Trust; The Estate of Franz A. Beck,
                                                    The Estate of Sandra I. Beck, The Estate of
12                                                 Roberta C. Beck, and William Beck

13

14  IT IS HEREBY ORDERED that the further case management conference is continued to
    _Apr. 24_, 2009, at 1:30 p.m.  The updated joint case management conference statement
15  shall be due by _Apr. 17_, 2009.

16  Dated: March _2_, 2009

17                                                  _____
                                                    Judge Joseph C. Spero
18                                                  United States District Court
                                                    Northern District of California
19

20

21

22

23

24

25

26

27

28



-2-

Stipulation and ~~Proposed~~ Order regarding Case Management Hearing