```
Robert S. Wood (SBN 102170)
Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA  94105
415) 955-2736   FAX (415) 789-9657
Attorney for Defendants

John R. Till (SBN 178763)
PALADIN LAW GROUP LLP
1196 Boulevard Way, Suite 10
Walnut Creek, CA  94595
Phone:  (925) 947-5700
Fax: (925) 935-8488
Attorney for Plaintiffs
```

IN THE UNITED STATES DISTRICT COURT
FOR TRHE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of the 1990 Beck Family Trust, et al.<br><br>Defendants. | Case No.: C 06-07487 JCS<br><br>STIPULATION RE CASE MANAGEMENT CONFERENCE AND ORDER<br><br>Trial Date: TO BE DETERMINED |

All parties agree and stipulate to the continuance of the case management conference in this matter from, June 12, 2009 2008 to July 17, 2009. An updated case management conference statement will now be due July 10, 2009.

Stipulation - 1

1  This status of the environmental and insurance issues can
2  then be more adequately discussed and reported to the court.

DATED: June 5, 2009

_____
John R. Till
Counsel for Plaintiffs

DATED: June 5, 2009

_____
Robert S. Wood
Counsel for Defendants

IT IS SO ORDERED.

Dated: June 8 2009

_____
Magistrate Judge John C. Spero