1  Law Offices of Robert S. Wood
   425 Market St., Suite 2200
2  San Francisco, CA   94105
   (415) 955-2736
3  Fax:  (415) 789-9657

4  Robert S. Wood, Attorney for Plaintiff

5

6

7

8              IN THE UNITED STATES DISTRICT COURT
            FOR TRHE NORTHERN DISTRICT OF CALIFORNA
9

10 ROBERT C. OLSON AND DAPHNE L.    | Case No.: C 06-07487 JCS
   OLSON, Trustees of the Olson     |
11 Family Trust and as individuals, | STIPULATION RE CASE MANAGEMENT
                                    | CONFERENCE AND ORDER
12       Plaintiffs,                |

13    vs.

14 DALE BECK· INDIVIDUALLY, dba
   Geary Road Service, as Trustee
15 of the 1992 Beck Family Trust
   and Trustee of teh 1990 Beck
16 Family Trust,

17       Defendants.

18

19

20      Both parties have continued to receive environmental data

21 regarding the remediation of the site.

22      The plaintiff's counsel expects settlement discussions to

23 commence with insurer in the near future.

24      All parties agree and stipulate to the continuance of the

25 case management conference on this matter from July 17, 2009 to

                              Stipulation

                              Page 1 of 2

1   September 11, 2009.  An updated case management conference

2   statement will now be due on September 4, 2009.

3       Therefore, we respectfully request that the court continue

4   the management conference scheduled for July 17, 2009 to

5   September 11, 2009.  At which point the parties hope to inform

6   the court that remediation efforts have been completed.

7   DATED:   July 10, 2009

8

9                                    _____
                                     John R. Till
                                     Paladin Law Group LLP
10                                   Counsel for Plaintiffs

11  DATED:  July 10, 2009

12

13                                   _____
                                     Robert S. Wood
                                     Law Offices of Robert S. Wood
14                                   Counsel for Defendants

15

16                      **IT IS SO ORDERED**

17

18  Dated:   July  13 , 2009     _____

19  

20

21

22

23

24

25