1  Law Offices of Robert S. Wood
   425 Market St., Suite 2200
2  San Francisco, CA   94105
   (415) 955-2736
3  Fax:  (415) 789-9657

4  Robert S. Wood, Attorney for Defendants

5

6

7

8          IN THE UNITED STATES DISTRICT COURT
         FOR TRHE NORTHERN DISTRICT OF CALIFORNA
9

   ROBERT C. OLSON AND DAPHNE L.     Case No.: C 06-07487 JCS
10 OLSON, Trustees of the Olson
   Family Trust and as individuals,  STIPULATION RE: CASE MANAGEMENT
11                                   CONFERENCE STATEMENT

12         Plaintiffs,
                                     DATE:   September 18, 2009
13     vs.                           TIME:   1:30 PM

14 DALE BECK INDIVIDUALLY, dba
   Geary Road Service, as Trustee
15 of the 1992 Beck Family Trust
   and Trustee of the 1990 Beck
16 Family Trust,

17         Defendants.

18
       Both parties have continued to receive environmental data
19
   regarding the remediation of the site.  As a result of this
20
   information, another $199,000 has been invested by the
21
   defendants to insure that certain areas beyond the initial
22
   perimeter of the work set forth in the corrective action plan
23
   has been remediated.  Defendants have asked for an extension of
24
   time to complete any remaining work under the corrective action
25

1   plan.   The parties are currently discussing the requested

2   extension. The parties have not received the most recent lab

3   results or the corrective action report. It is believe that this

4   information and the report will be received before November 11,

5   2009.

6       All parties agree and stipulate to the continuance of the

7   case management conference on this matter from September 18,

8   2009 to November 18, 2009.   An updated case management

9   conference statement will now be due on November ~~11,~~ 13- JCS 2009.

10      Therefore, the parties respectfully request that the court

11  continue the management conference scheduled for September 18,

12  2009 to November ~~18,~~ 20 - JCS 2009.   At which point the parties hope to

13  inform the court that remediation efforts have been completed

14  and that plaintiffs have finalized or furthered their

15  negotiations with the remaining parties or their insurance

16  companies in this matter.

17  DATED:   September 11, 2009

    John R. Till
18                                   Paladin Law Group LLP
                                     Counsel for Plaintiffs
19

20  DATED:   September 11, 2009

    Robert S. Wood
21  **PLEASE NOTE DATE CHANGES.        Law Offices of Robert S. Wood
                                     Counsel for Defendants
22

23

                      **IT IS SO ORDERED** AS MODIFIED.
24

25  Dated:   September 14 , 2009

    Stipulation 09_11_09



    Judge Joseph C. Spero