```
Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA   94105
(415) 955-2736
Fax:  (415) 789-9657

Robert S. Wood, Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR TRHE NORTHERN DISTRICT OF CALIFORNA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>　　　　Plaintiffs,<br><br>　vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of the 1990 Beck Family Trust,<br><br>　　　　Defendants. | Case No.: C 06-07487 JCS<br><br>STIPULATION RE: CASE MANAGEMENT CONFERENCE STATEMENT<br><br>DATE:  November 20, 2009<br>TIME:  1:30 PM |

　　　Since the last stipulation filed with the Court, the Defendants have provided additional environmental data regarding the remediation of the site.  However, the final report has not been completed or received by the Plaintiffs as of November 13, 2009.  Counsel for Defendants have represented that the final report should be made available by November 20, 2009.  Parties are still discussing the Defendants requested extension to

1 finalize the report.  Based on the fact that the report has not
2 been finalized, Plaintiffs' have not attempted to continue their
3 discussions related to settling out the remaining parties.
4 However, once the final report has been received, Plaintiffs'
5 will attempt to finalize a settlement with the remaining
6 parties.
7     All parties agree, stipulate and request a continuance of
8 the case management conference on this matter from November 20,
9 2009 to January 22, 2009.  An updated case management conference
10 statement will now be due on January 15, 2009.
11     Therefore, we respectfully request that the court continue
12 the management conference scheduled for November 20, 2009 to
13 January 22, 2009.  At which point the parties hope to inform the
14 court that remediation efforts have been completed and that
15 plaintiff has finalized its negotiations with the insurance
16 company.

17 DATED:  November 13, 2009     _____/s/_____
    John R. Till
18     Paladin Law Group LLP
    Counsel for Plaintiffs
19 DATED:  November 13, 2009
    _____/s/_____
20     Robert S. Wood
    Law Offices of Robert S. Wood
21     Counsel for Defendants
22     **IT IS SO ORDERED**
23 Dated:  November _16_, 2009



24 Stipulation Nov. 2009
25

Stipulation

Page 2 of 2