1  Law Offices of Robert S. Wood
2  425 Market St., Suite 2200
   San Francisco, CA  94105
3  (415) 955-2736
   Fax:  (415) 789-9657
4
   Robert S. Wood, Attorney for Defendants
5

6

7

8          IN THE UNITED STATES DISTRICT COURT
          FOR TRHE NORTHERN DISTRICT OF CALIFORNA
9

10 | ROBERT C. OLSON AND DAPHNE L.    | Case No.: C 06-07487 JCS
   | OLSON, Trustees of the Olson     |
11 | Family Trust and as individuals, | STIPULATION RE: CASE MANAGEMENT
   |                                  | CONFERENCE STATEMENT
12 |         Plaintiffs,              |
   |                                  | DATE:  January 22, 2010
13 |     vs.                          | TIME:  1:30 PM
   |                                  |
14 | DALE BECK INDIVIDUALLY, dba      |
   | Geary Road Service, as Trustee   |
15 | of the 1992 Beck Family Trust    |
   | and Trustee of the 1990 Beck     |
16 | Family Trust,                    |
   |                                  |
17 |         Defendants.              |

18

19
       Since the last stipulation filed with the court, the
20
   Defendants have provided additional environmental data regarding
21
   the remediation at the site.  The final report has been
22
   completed and received by all the parties and filed with the
23
   California Regional Water Quality Control Board.  The report is
24

25

                            Stipulation

                           Page 1 of 2

1 | currently under evaluation by Plaintiffs, Defendants and the
2 | California Regional Water Quality Control Board.
3 |     All parties agree and stipulate to the continuance of the
4 | case management conference on this matter from January 22, 2010
5 | to March 26, 2010.  An updated case management conference
6 | statement will now be due on March 19, 2010.
7 |     Therefore, we respectfully request that the court continue
8 | the management conference scheduled for January 22, 2010 to
9 | March 26, 2010 at which point the parties hope to inform the
10 | court that all issues regarding remediation have been resolved
11 | and that plaintiff has finalized its negotiations with the
12 | insurance company.
13 | DATED:    January 21, 2010

John R. Till
Paladin Law Group LLP
Counsel for Plaintiffs

DATED:    January 21, 2010

Robert S. Wood
Law Offices of Robert S. Wood
Counsel for Defendants

IT IS SO ORDERED

Dated: January 22, 2010

Stipulation0909



Judge Joseph C. Spero

Stipulation

Page 2 of 2