UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON, | No. C06-07487 JCS |
| Plaintiff(s), | **ORDER TO SHOW CAUSE** |
| v. | |
| DALE BECK, ET AL., | |
| Defendant(s). | |

Pursuant to Civil L.R. 16-2, a further case management conference was held on March 26, 2010, at 1:30 p.m., before this Court in the above-entitled case. Plaintiff was present. Defendant was not present.

IT IS HEREBY ORDERED that Plaintiff and Defendant shall appear on **May 21, 2010, at 1:30 p.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why this action should not be dismissed for failure to prosecute as to portions of the case not settled.

IT IS SO ORDERED.

Dated: March 29, 2010

JOSEPH C. SPERO
United States Magistrate Judge