ROGERS JOSEPH O'DONNELL
ROBERT C. GOODMAN (State Bar No. 111554)
ANN M. BLESSING (State Bar No. 172573)
311 California Street
San Francisco, California 94104
Telephone: 415.956.2828
Facsimile: 415.956.6457
rgoodman@rjo.com
ablessing@rjo.com

Attorneys for Defendants Mr. Dale Beck,
Mr. Gerry Beck, Mr. William Beck,
Ms. Barbara Fye, Dale Beck,
As Trustee of the 1992 Beck Family Trust,
Dale Beck, Gerry Beck, and Barbara Fye,
Trustees of the 1990 Beck Family Trust

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust, and as individuals<br><br>Plaintiffs,<br><br>v.<br><br>DALE BECK (aka D.A. Beck), individually, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust, Trustee of the 1990 Beck Family Trust, and Trustee of the Beck Family Trust; 1990 BECK FAMILY TRUST (aka Beck 1990 Family Trust), as a Trust and dba Geary Road Service; Estate of FRANZ A. BECK (aka F.A. Beck and F. Alvin Beck), Deceased; WILLIAM BECK (aka Bill Beck), individually and dba Geary Road Service; SANDRA I. BECK, individually and dba Geary Road Service; Estate of ROBERTA C. BECK, Deceased, individually and dba Geary Road Service; and DOES 1-100, inclusive,<br><br>Defendants. | Case No. 3:06-cv-07487-JCS<br><br>STIPULATION AND [~~PROPOSED~~] ORDER RE WITHDRAWAL OF COUNSEL |

## STIPULATION

WHEREAS, Robert C. Goodman (rgoodman@rjo.com) and Ann M. Blessing (ablessing@rjo.com) of Rogers Joseph O'Donnell entered their appearance as co-counsel with Robert S. Wood on behalf of Defendants Mr. Dale Beck, Mr. Gerry Beck, Mr. William Beck, Ms. Barbara Fye, Dale Beck, as Trustee of the 1992 Beck Family Trust, Dale Beck, Gerry Beck, and Barbara Fye, Trustees of the 1990 Beck Family Trust in *Olson et al v. Beck et al*, Case No. 3:06-cv-07487-JCS on June 3, 2008.

WHEREAS Robert C. Goodman and Ann M. Blessing of Rogers Joseph O'Donnell do not and never have represented Defendant Estate of Franz A. Beck.

WHEREAS, Plaintiffs and Defendants Mr. Dale Beck, Mr. Gerry Beck, Mr. William Beck, Ms. Barbara Fye, Dale Beck, as Trustee of the 1992 Beck Family Trust, Dale Beck, Gerry Beck, and Barbara Fye, Trustees of the 1990 Beck Family Trust ("Settling Defendants") have settled all claims between them in the instant lawsuit. This settlement was approved by this Court in its November 21, 2008 *Order Approving Settlement and Barring Contribution Claims, Indemnity, and Other Claims Pursuant to The Uniform Contribution Among Tortfeasors Act and for Determination of Good Faith Settlement Under California Law [California Code of Civil Procedure Section 877.6] and Retaining Jurisdiction*.

WHEREAS, Robert C. Goodman and Ann M. Blessing of Rogers Joseph O'Donnell now wish to withdraw as co-counsel for the Settling Defendants.

WHEREAS, the Settling Defendants and counsel for Plaintiffs have been informed in writing of Mr. Goodman's and Ms. Blessing's requested withdrawal pursuant to Local Rule 11-5.

WHEREAS, Robert S. Wood, co-counsel for the Settling Defendants **and** counsel for

STIPULATON AND [PROPOSED] ORDER RE WITNDRAWAL OF COUNSEL- 3:06-cv-07487-JCS

289221.1

the remaining Defendant Estate of Franz A. Beck, consents to this withdrawal and will continue to represent all Defendants with regard to any remaining issues in this matter.

THEREFORE, it is Stipulated and Agreed by and between Robert S. Wood and Rogers Joseph O'Donnell as follows:

1. Rogers Joseph O'Donnell and specifically attorneys Robert C. Goodman and Ann M. Blessing shall withdraw as co-counsel for Settling Defendants: Mr. Dale Beck, Mr. Gerry Beck, Mr. William Beck, Ms. Barbara Fye, Dale Beck, as Trustee of the 1992 Beck Family Trust, Dale Beck, Gerry Beck, and Barbara Fye, Trustees of the 1990 Beck Family Trust.

2. Co-counsel Robert S. Wood shall continue to represent the Settling Defendants **and** the remaining Defendant Estate of Franz A. Beck in this matter.

DATED: April 30, 2010              ROGERS JOSEPH O'DONNELL

By: /s/
ROBERT C. GOODMAN

Attorneys for Defendants Mr. Dale Beck, Mr. Gerry Beck, Mr. William Beck, Ms. Barbara Fye, Dale Beck, As Trustee of the 1992 Beck Family Trust, Dale Beck, Gerry Beck, and Barbara Fye, Trustees of the 1990 Beck Family Trust

/////

/////

/////

/////

/////

DATED: April 30, 2010                     LAW OFFICES OF ROBERT S. WOOD

                                          By: /s/ Robert S. Wood
                                          ROBERT S. WOOD

                                          Attorneys for Defendants Mr. Dale Beck,
                                          Mr. Gerry Beck, Mr. William Beck,
                                          Ms. Barbara Fye, Dale Beck, As Trustee of
                                          the 1992 Beck Family Trust, Dale Beck,
                                          Gerry Beck, and Barbara Fye, Trustees of
                                          the 1990 Beck Family Trust, and Estate of
                                          Franz A. Beck

## ORDER

**IT IS HEREBY ORDERED** that Robert C. Goodman and Ann M. Blessing of Rogers Joseph O'Donnell shall withdraw as counsel for Defendants Mr. Dale Beck, Mr. Gerry Beck, Mr. William Beck, Ms. Barbara Fye, Dale Beck, as Trustee of the 1992 Beck Family Trust, Dale Beck, Gerry Beck, and Barbara Fye, Trustees of the 1990 Beck Family Trust in this matter.  Said Defendants shall continue to be represented in this matter by Robert S. Wood.  Mr. Goodman (rgoodman@rjo.com) and Ms. Blessing (ablessing@rjo.com) shall be removed from the ECF service list in this matter.

DATED: May 6, 2010                        _____
                                          Judge Jose[ph C. Spero]
                                          United St[ates Magistrate Judge]
                                          Northern D[istrict of California]