```
Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA   94105
(415) 955-2736
Fax:  (415) 789-9657

Robert S. Wood, Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR TRHE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>      Plaintiffs,<br><br>   vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of the 1990 Beck Family Trust,<br><br>      Defendants. | Case No.: C 06-07487 JCS<br><br>STIPULATION<br>RE: ORDER TO SHOW CAUSE/<br>MOTION FOR SUMMARY JUDGMENT<br><br>DATE:  May 21, 2010 |

  The ETIC Excavation Report has been completed and received by all the parties and filed with the California Regional Water Quality Control Board.

  All parties have received notice on May 4, 2010 that the California Regional Water Quality Board's letter regarding the site will be issued within two weeks which will require

C 06-07487 Olson v Beck: Stipulation

Page 1 of 3

1 confirmation sampling.  Whereas the Court has issued an order
2 that the claims against the estates be mediated by June 29, 2010
3 and the Court's Office of Mediation recently contacted Mr. Till
4 regarding appointment of a mediator, as soon as the Office of
5 Mediation appoints a mediator, we ask the court for its
6 forbearance on this matter so mediation can actually occur.
7      All parties respectfully request, agree, and stipulate to
8 the continuance of the ORDER TO SHOW CAUSE in this matter from
9 May 21, 2010 to June 18, 2010(plaintiffs' preference) or July
10 16, 2010 (defendants' preference).  It is requested that the
11 hearing on the Plaintiffs' MOTION FOR SUMMARY JUDGMENT against
12 the Estates of Franz Beck, Sandra Beck, and Roberta Beck also be
13 continued to that the same date with the date for responsive
14 pleadings adjusted accordingly.
15 Therefore, we respectfully request that the court continue the
16 ORDER TO SHOW CAUSE scheduled for May 21, 2010 and the MOTION
17 FOR SUMMARY JUDGMENT scheduled for May 28, 2010 to either June
18 18, 2010 or July 16, 2010 at which point the parties hope to
19 inform the court that all issues regarding remediation have
20 ///
21
22 ///
23
24 ///
25

been resolved and that the parties have finalized their negotiations with the insurance company for the Estates.

DATED: May 5, 2010

_____
John R. Till
Paladin Law Group LLP
Counsel for Plaintiffs

DATED: May 5, 2010      /s/

_____
Robert S. Wood
Law Offices of Robert S. Wood
Counsel for Defendants

**ORDER TO SHOW CAUSE** continued to ___June 18___, **2010** , at 9:30 a.m.

**MOTION FOR SUMMARY JUDGMENT** continued to __June 18__, **2010** , at 9:30 a.m.

Dated: _____May 6___, 2010

_____
Judge Joseph C. Spero