Click to buy NOW!
www.docu-track.com

```
Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA   94105
(415) 955-2736
Fax:  (415) 789-9657

Robert S. Wood, Attorney for Defendants
```

IN THE UNITED STATES DISTRICT COURT
FOR TRHE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>           Plaintiffs,<br><br>      vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of the 1990 Beck Family Trust,<br><br>           Defendants. | Case No.: C 06-07487 JCS<br><br>ORDER<br>RE ORDER TO SHOW CAUSE/<br>MOTION FOR SUMMARY JUDGMENT<br><br>DATE:  June 18, 2010<br>TIME:  9:30 |

Upon the review of the letter of defendant's Attorney, Mr. Wood, and good cause appearing, the **ORDER TO SHOW CAUSE is** continued to **July 16, 2010** and the **MOTION FOR SUMMARY JUDGMENT** is continued to **July 16, 2010**

Dated:  _____June 17_____, 2010



_____
Judge Joseph C. Spero

DENIED