Law Offices of Robert S. Wood
425 Market St., Suite 2200
San Francisco, CA   94105
(415) 955-2736
Fax:  (415) 789-9657

Robert S. Wood, Attorney for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust and as individuals,<br><br>Plaintiffs,<br><br>vs.<br><br>DALE BECK INDIVIDUALLY, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust and Trustee of the 1990 Beck Family Trust,<br><br>Defendants. | Case No.: C 06-07487 JCS<br><br>STIPULATION<br>RE: MOTION FOR SUMMARY JUDGMENT<br><br>DATE: August 27, 2010<br>TIME: 9:30 |

This stipulation is a request that you continue the dates regarding response to the Motion for Summary Judgment as to the estates of Roberta Beck and Sandra Beck and the date for having the reply brief. As directed by you, we had a mediation on the 15th of July 2010. There was both a lawyer and an insurance

1 representative for the insurance company present for the entire
2 time of the mediation. The mediation lasted approximately five
3 hours and a half. The insurance company has asked that we
4 provide further documentation to them to substantiate the
5 demands of the plaintiff and the costs for further remediation
6 expressed needed by plaintiffs.

7 All the parties agreed that we would provide the insurer's
8 representatives the required information by Friday the 23rd of
9 July. The information requested by the insurance company is
10 extensive. In addition the demands of the various parties
11 require obtaining new bids to approximate the cost and further
12 cleanup, obtain permission for the city of Pleasant Hill to
13 perform the work requested by the plaintiffs and other matters.

14 Since the representative for the insurance company is in a
15 week long mediation the following week, and then the week after
16 that, they have asked to get back to us within three weeks.
17 During this internal communications will be effected through
18 Michael Foy of Gordon & Rees, the insurer's attorney.

19 Since a response to plaintiff's Motion for Summary Judgment
20 and a reply brief to that is due, both Mr. Till and I have
21 agreed that it would be best if we had an extension on these
22 matters for four weeks. In this way we should be able to
23 exchange all the different documents and report requested by the
24 insurer and provide additional information if needed and then
25 /

```
```
1 /
2 set up a meeting to meet again with them in San Francisco at the
3 office of Gordon & Rees or with the mediator.

DATED: July 21, 2010

_____
John R. Till
Paladin Law Group LLP
Counsel for Plaintiffs

DATED: July 21, 2010

_____
Robert S. Wood
Law Offices of Robert S. Wood
Counsel for Defendants

**MOTION FOR SUMMARY JUDGMENT** continued to September 24, **2010**

**Opposition** due by August 20, 2010

**Reply brief** due by August 27, 2010

Dated: ___7/23___, 2010

_____
Judge (signed) Judge Joseph C. Spero
United States District Court, Northern District of California

C 06-07487 Olson v Beck: Stipulation