UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. OLSON,

        Plaintiff(s),

   v.

DALE BECK, ET AL.,

        Defendant(s).

No. C-06-07487 JCS

**ORDER FOR JOINT STATUS REPORT RE MEDIATION**

On April 21, 2010, Plaintiffs filed a motion for summary judgment against numerous defendants, including the estates of Franz A. Beck, Roberta C. Beck and Sandra I. Beck ("the Becks"), seeking summary judgment on the issue of liability as to Plaintiffs' third, fourth, fifth, sixth, and seventh causes of action. The Becks filed an Opposition brief that did not address the question of liability as to any of those claims. IT IS HEREBY ORDERED that the Plaintiffs and the Becks shall file with the Court, no later than September 3, 2010, a joint letter informing the Court of the status of their mediation efforts.

IT IS SO ORDERED.

Dated: August 30, 2010

                                                             JOSEPH C. SPERO
United States Magistrate Judge