**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. OLSON, ET AL.,

        Plaintiff(s),

    v.

DALE BECK, ET AL.,

        Defendant(s).
_____/

Case No.  C06-7487 JCS

**ORDER GRANTING IN PART, DENYING IN PART STIPULATION REGARDING CONTINUANCE OF MOTION FOR SUMMARY JUDGMENT, AND FURTHER CASE MANAGEMENT CONFERENCE [Docket No. 137]**

On November 12, 2010, the parties filed a Stipulation and Proposed Order Regarding Continuance of Motion for Summary Judgment, and Further Case Management Conference (the "Stipulation").

IT IS HEREBY ORDERED that the Stipulation for continuance is GRANTED IN PART, AND DENIED IN PART as follows:

1.  The Motion for Summary Judgment, and Further Case Management Conference currently set for hearing on November 19, 2010 at 9:30 a.m., shall be continued to **April 1, 2011, at 9:30 a.m.**

2.  There will be no further continuances.

IT IS SO ORDERED.

Dated:  November 15, 2010

_____
JOSEPH C. SPERO
United States Magistrate Judge