UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ROBERT C. OLSON,   No. C 06-07487 JCS

    Plaintiff(s),

**ORDER TO SHOW CAUSE**

    v.

DALE BECK, ET AL.,

    Defendant(s).

_____/

    IT IS HEREBY ORDERED that the parties shall appear on **April 29, 2011, at 9:30 a.m.,** before Magistrate Judge Joseph C. Spero, in Courtroom A, 15th Floor, 450 Golden Gate Avenue, San Francisco, California, and then and there to show cause why Defendants should not be sanctioned for failure to file timely Defendants' Supplemental Opposition to Summary Judgment, and for failure to comply with the Federal Rules of Civil Procedure, and with the Court's Order . Such sanctions may include, but are not limited to attorney fees incurred by Plaintiffs. Defendants response to the Order to Show Cause shall be filed by April 15, 2011, and Plaintiff's reply shall be filed by April 22, 2011.

    IT IS SO ORDERED.

Dated: April 5, 2011

                                                                                              JOSEPH C. SPERO
                                                                                              United States Magistrate Judge