IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT C. OLSON AND DAPHNE L. OLSON, Trustees of the Olson Family Trust, and as individuals<br>*Plaintiffs,*<br>v.<br>DALE BECK (aka D. A. Beck), individually, dba Geary Road Service, as Trustee of the 1992 Beck Family Trust, Trustee of the 1990 Beck Family Trust, and Trustee of the Beck Family Trust; et al.<br>*Defendants.* | Case No. C 06-07487 JCS<br><br>STIPULATION AND [PROPOSED] ORDER REGARDING REVISED TRIAL AND PRETRIAL DEADLINE<br><br>Jury Trial Demanded<br><br>Trial Date: TBD |

The parties to the above action jointly submit this Stipulation and Proposed Order Requesting modification of dates currently set in this matter. The parties, and the defendants' insurance carriers, in this matter have come to a settlement agreement on the key elements of this matter. The parties are currently working on finalizing the settlement documents. In an attempt to finalize the settlement prior to additional litigation and discovery in this matter, the parties jointly request that the court modify the deadlines lines dates as set forth below:

| EVENT | SCHEDULED DATE | PROPOSED DATE |
|---|---|---|
| Case Management Conference Statement | January 6, 2012 | January 27, 2012 |
| Case Management Conference | January 13, 2012 at 1:30 p.m. | February 3, 2012 at 1:30 p.m. |

DATED: January 05, 2012

By: _____
John R. Till
Paladin Law Group® LLP
Counsel for Plaintiffs

DATED: January 05, 2012

By: _____
Robert S. Wood
Law Offices of Robert S. Wood
Counsel for Defendants



-1-

Stipulation and Proposed Order

1 ORDER MODIFYING DATES

2

3 Based on the parties continuing attempts to settle this matter, the stipulation set forth above, and for good cause shown the dates set forth above are hereby adopted by the Court and modify the dates set forth above.

4

5 Date: January _6_, 2012



United States

Judge Joseph C. Spero

-2-

Stipulation and Proposed Order